People of the State of Illinois, Plaintiff-Appellee, v. William Collins, Defendant-Appellant.

Gen. No. 49,634. 

First District, Second Division.

September 28, 1965.

Robert H. Ford, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.